# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0155. LEMARCUS ALLISON et al. v. MARTIN C. JONES et al.**

Upon consideration of this application for discretionary appeal, it is ordered that it be hereby DENIED.

In the certificate of service attached to this application, counsel for Lemarcus Allison certified that he served the application on Calcon Mutual Mortgage, LLC, by email pursuant to a prior agreement with Calcon's attorneys to allow such service. In its response brief, Calcon represents that no agreement for electronic service exists between the parties, and Calcon has submitted affidavits from its attorneys to that effect. This Court takes seriously misrepresentations like that alleged by Calcon, and both counsel and client may be subjected to sanctions in this or other appeals for such misconduct if proven.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/27/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*